Dick A. Semerdjian, Esq. (123630)
Svetlana U. Sheshina (249219)
**SCHWARTZ SEMERDJIAN HAILE BALLARD & CAULEY LLP**
101 West Broadway, Suite 810
San Diego, CA 92101
Telephone No. 619 236-8821
Facsimile No. 619 236-8827

Anthony Twardowski (Pro Hac Vice Counsel)
WOLF BLOCK SCHORR and SOLIS-COHEN LLP
1650 Arch Street, 22nd Floor
Philadelphia, PA 19103-2097
Telephone No. 215-977-2580

Attorneys for Plaintiff M. Diane KOKEN

# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M. DIANE KOKEN, Insurance Commissioner of the Commonwealth of Pennsylvania as Statutory Liquidator of Legion Insurance Company, Pennsylvania Department of Insurance 1326 Strawberry Square Harrisburg, PA 17120<br><br>Plaintiff,<br><br>v.<br><br>CPE Plus One, Inc., CPE PEO, Inc.; and CPE Staff, Inc., XYZ Corps., 1 though 10 inclusive, and John Does, 1 through 10, inclusive 9200 Sunset Blvd, Suite No. 1100 West Hollywood, CA 90069,<br><br>Defendants. | Case No. 05-CV-1472 J (JMA)<br><br>**ORDER TO APPEAR FOR DEPOSITION**<br><br>Date:     November 26, 2007<br>Judge:   Hon. Anthony J. Battaglia |

1

PROPOSED ORDER

1   TO:   Charles J. Cober

2   YOU ARE ORDERED TO APPEAR personally for deposition on January 10, 2007 at 2 p.m., at the offices of SCHWARTZ SEMERDJIAN HAILE BALLARD & CAULEY LLP, located at 101 West Broadway, Suite 810, San Diego, CA 9210; and furnish information relevant to aid in enforcement of a money judgment against CPE Plus One, Inc., CPE PEO, Inc.; and CPE Staff, Inc.; and related to purchasing agreement by and between Benedict Canyon Productions, Inc. (CPE HR) and CPE Plus One, Inc., CPE PEO, Inc.; and CPE Staff, Inc.

DATED: November 26, 2007

_____
Hon. Anthony J. Battaglia

2

PROPOSED ORDER